**179  ALLEN vs. CIRCUIT JUDGE (Kent), 37 M., 473.**

To vacate order dismissing appeal from Justice Court.
Granted October 24, 1877.

The circuit judge assumed that the act creating the Superior Court (Laws of 1875, p. 42, Laws of 1877, p. 138), divested the

circuit of jurisdiction and conferred it upon the Superior Court in cases where one of the parties was a resident of the city.

Held, that the Circuit Courts and Justice Courts are constitutional courts, and the jurisdiction conferred upon them is beyond the reach of legislation.